**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

David G. Velde,

        Plaintiff,        Civil No. 06-2288 (RHK/RLE)

vs.        **ORDER**

Daniel Altepeter,

        Defendant.

---

Having determined that no cause, much less good cause, has been shown for the requested extensions of the deadlines set forth in the Court=s September 14, 2006, Pretrial Order, the relief sought in the Stipulation for Extension of Discovery/Motion Deadlines (Doc. No. 8) is **DENIED**.

Dated: April 16, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge